## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAUN BUTTS,** | : |
| Plaintiff, | : |
| | : |
| v. | :    **CIVIL ACTION NO. 13-3374** |
| | : |
| **CHARLES RAMSEY, et al.,** | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 25th day of February 2014, upon consideration of Defendants' Motion to Dismiss (Doc. No. 4) and Plaintiff's Response thereto (Doc. No. 5), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion, the Motion is **GRANTED in part and DENIED in part** without prejudice as follows:

    1.    The Motion is **GRANTED** with respect to Defendant McCullum;

    2.    The Motion is **DENIED** in all other respects;

    3.    Plaintiff may amend his complaint within **21 days** of the entry of this Order to address the deficiencies identified in the accompanying Memorandum Opinion related to Defendant McCullum.

    **IT IS SO ORDERED**.

                                                                                     **BY THE COURT:**

                                                                                   /s/ Cynthia M. Rufe

                                                                                    _____

                                                                                   **CYNTHIA M. RUFE, J.**